

# Fourth Court of Appeals
## San Antonio, Texas

March 5, 2019

No. 04-19-00073-CV

**ADVANCED FOUNDATION REPAIR, L.P.** and Structural Repair, LLC,
Appellants

v.

Jose **MENENDEZ** and Nicole Newman-Menendez,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI02654
Honorable Norma Gonzales, Judge Presiding

# O R D E R

The appellants have filed a notice stating they have requested a supplemental clerk's record containing "the signed Order denying arbitration." We order the trial court clerk, Mary Angie Garcia, to file the supplemental clerk's record by March 15, 2019.

_Luz Elena D. Chapa, Justice_

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of March, 2019.

KEITH E. HOTTLE,
Clerk of Court